510 A.2d 721

**Shrikant Nandan Prasad SINHA**

v.

**Chandra Prabha SINHA, Petitioner.**

Supreme Court of Pennsylvania.

June 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 85 E.D. Appeal Docket 1986.